# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1532
_____

JACK MCFARLAND,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW and FLORIDA
DEPARTMENT OF CORRECTIONS,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

July 24, 2018

PER CURIAM.

AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jack McFarland, pro se, Appellant.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee; Kenneth Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellees.